

MICHAEL K. MEHR SB#71925
LAW OFFICE OF MICHAEL K. MEHR
ATTORNEY AT LAW
100 Doyle St., Ste. A
Santa Cruz, CA 95062
Tel: 831/425-5757
Fax: 831/425-0515

Attorney for Debtors

IT IS SO ORDERED.
Signed September 18, 2013

Arthur S. Weissbrodt
U.S. Bankruptcy

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:

ANDRES CIGARRERO
CLAUDIA CIGARRERO COTO,
Debtors.

_____/

Case No. 12-52476ASW

Chapter 13

**ORDER APPROVING
MOTION FOR APPROVAL
OF HARP REFINANCE**

Date: September 16, 2013
Time: 2:15 p.m.
Room 3020

Debtor's Motion for Approval of HARP Refinance came on regularly for hearing on September 16, 2013, at 2:15 p.m. before the Honorable Arthur Weissbrodt, Judge of the U.S. Bankruptcy Court. Michael K. Mehr appeared for Debtors. No one appeared in opposition to the Motion.

FOR GOOD CAUSE SHOWN,

IT IS HEREBY ORDERED that the debtors may enter into a HARP refinance with JPMorgan Chase of their note secured by a first deed of trust on the debtors' residence located at 22 Cathy lane, Scotts Valley, CA 95066-3462.

The stay of Bankruptcy Rule 6004(h) is waived.

***END OF ORDER***

1                                              Court Service List

3    Electronically mailed to ECF registered participants.